# wts INTERNATIONAL

3200 Tower Oaks Blvd. Suite 400 Rockville, MD 20852
(Phone) 301-622-7800 (Fax) 301-622-3373

Dear Austyn Mattson:

On behalf of WTS International, Inc., I am pleased to extend a conditional offer of employment for the position of

Bartender at Epperson.

We would like you to start work on 5/13/2019. This is a(n) Part Time position. In this capacity you will be paid a rate as follows:

- USD $5.33 per Hour for Regular Rate
- USD $10.00 per Hour for Training/Meetings
- per for
- per for
- per for

For instructional positions, all service, class, or session rates include all time spent setting up for the service, class or session and after service, class or session clean up. The offer described above is contingent upon the results of your reference/background check/drug screen, if applicable.

A summary of your applicable benefits will be given to you with any required new hire paperwork. If you have any questions, please contact the Human Resources Department. The telephone number is 301-622-7800.

On or before your first day of work you will be required to complete all new hire paperwork. As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. If you have any questions about this documentation, please contact the Human Resources department.

Just as you retain the right to resign, without notice or cause, WTS International, Inc. has the same right with respect to termination. Your employment is for no definite term, regardless of any oral or written statement by any WTS International, Inc. officer or representative.

We look forward to hearing from you about this offer. Please indicate your acceptance of our offer by signing below and returning one copy and letter, with your original signature. This offer of employment will expire seven days from the date of this letter 5/7/2019.

We believe WTS International, Inc. is an outstanding organization and you will become a valuable, enthusiastic member of our team. Welcome to WTS international, Inc.

Sincerely,

Aaron Taylor, WTS International, Inc.


Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

    Austyn Mattson                      5/8/2019 10:23 AM

Employee acknowledges and agrees that WTS International, Inc. (hereafter, "Company") is engaged in a highly competitive business and will be given access to Confidential Information, Trade Secrets, and specialized training and methods in the course of employment.  Employee further acknowledges that the protection and secrecy of Company's Confidential Information, Trade Secrets, and specialized training and methods constitutes legitimate business interests of the Company. Employee further acknowledges that, by virtue of the grant of this access and training, Employee's contemporaneous or subsequent engagement with any business that is competitive with the Company, or any circumvention of Company's services by Employee, will cause the Company great and irreparable harm. Employee further acknowledges that Employee enters into this non-competition provision with the intent to be legally bound by it.

In exchange for the offer of employment, access to Company's Confidential Information and Trade Secrets, and the provision of specialized training, Employee covenants and agrees that so long as Employee is employed by the Company and for a period of twelve (12) months thereafter, Employee will not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Client (defined as the entity that has engaged WTS to perform services at the location at which Employee has been hired (whether by WTS or Client), inclusive of any entity which may subsequently engage you for services at that same location);
- Client's Customers (defined as those individuals or entities with whom Employee was introduced to or otherwise had contact in the course of Employee's employment with Company); or
- Company's Locations (defined as any business, firm, corporation, organization, individual, or other entity which has formerly engaged Company to operate or manage a business which offers substantially similar services as those of Client).

In addition to the above, all full-time management positions shall not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Competitors (defined as any business, firm, corporation, organization, individual, or other entity which operates or manages a business which offers substantially similar services as those of Client or Company).

These restrictions shall apply to businesses or operations within a twenty-five mile radius from the location at which Employee is hired. Employee acknowledges that the restrictions imposed by this provision are fully understood and will not preclude Employee from becoming gainfully employed following a termination of Employee's employment with the Company. This non-competition provision shall be enforced to the fullest extent of the laws of the state in which the Employee is employed and shall be subject to the exclusive jurisdiction of the federal and state courts located in Montgomery County, Maryland.

Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

# wts INTERNATIONAL

3200 Tower Oaks Blvd. Suite 400 Rockville, MD 20852
(Phone) 301-622-7800 (Fax) 301-622-3373

Dear Seth Musselman:

On behalf of WTS International, Inc., I am pleased to extend a conditional offer of employment for the position of

Bartender at Epperson.

We would like you to start work on 9/6/2019. This is a(n) Part Time position. In this capacity you will be paid a rate as follows:

- USD $5.50 per Hour for Regular Rate
- USD $10.00 per Hour for Training/Meetings
- per  for
- per  for
- per  for

For instructional positions, all service, class, or session rates include all time spent setting up for the service, class or session and after service, class or session clean up. The offer described above is contingent upon the results of your reference/background check/drug screen, if applicable.

A summary of your applicable benefits will be given to you with any required new hire paperwork. If you have any questions, please contact the Human Resources Department. The telephone number is 301-622-7800.

On or before your first day of work you will be required to complete all new hire paperwork. As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. If you have any questions about this documentation, please contact the Human Resources department.

Just as you retain the right to resign, without notice or cause, WTS International, Inc. has the same right with respect to termination. Your employment is for no definite term, regardless of any oral or written statement by any WTS International, Inc. officer or representative.

We look forward to hearing from you about this offer. Please indicate your acceptance of our offer by signing below and returning one copy and letter, with your original signature. This offer of employment will expire seven days from the date of this letter 9/1/2019.

We believe WTS International, Inc. is an outstanding organization and you will become a valuable, enthusiastic member of our team. Welcome to WTS international, Inc.

Sincerely,

Aaron Taylor, WTS International, Inc.


Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

           Seth Musselman                          9/1/2019 3:11 PM

Employee acknowledges and agrees that WTS International, Inc. (hereafter, "Company") is engaged in a highly competitive business and will be given access to Confidential Information, Trade Secrets, and specialized training and methods in the course of employment.  Employee further acknowledges that the protection and secrecy of Company's Confidential Information, Trade Secrets, and specialized training and methods constitutes legitimate business interests of the Company. Employee further acknowledges that, by virtue of the grant of this access and training, Employee's contemporaneous or subsequent engagement with any business that is competitive with the Company, or any circumvention of Company's services by Employee, will cause the Company great and irreparable harm. Employee further acknowledges that Employee enters into this non-competition provision with the intent to be legally bound by it.

In exchange for the offer of employment, access to Company's Confidential Information and Trade Secrets, and the provision of specialized training, Employee covenants and agrees that so long as Employee is employed by the Company and for a period of twelve (12) months thereafter, Employee will not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Client (defined as the entity that has engaged WTS to perform services at the location at which Employee has been hired (whether by WTS or Client), inclusive of any entity which may subsequently engage you for services at that same location);
- Client's Customers (defined as those individuals or entities with whom Employee was introduced to or otherwise had contact in the course of Employee's employment with Company); or
- Company's Locations (defined as any business, firm, corporation, organization, individual, or other entity which has formerly engaged Company to operate or manage a business which offers substantially similar services as those of Client).

In addition to the above, all full-time management positions shall not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Competitors (defined as any business, firm, corporation, organization, individual, or other entity which operates or manages a business which offers substantially similar services as those of Client or Company).

These restrictions shall apply to businesses or operations within a twenty-five mile radius from the location at which Employee is hired. Employee acknowledges that the restrictions imposed by this provision are fully understood and will not preclude Employee from becoming gainfully employed following a termination of Employee's employment with the Company. This non-competition provision shall be enforced to the fullest extent of the laws of the state in which the Employee is employed and shall be subject to the exclusive jurisdiction of the federal and state courts located in Montgomery County, Maryland.

Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

# wts INTERNATIONAL

3200 Tower Oaks Blvd. Suite 400 Rockville, MD 20852
(Phone) 301-622-7800 (Fax) 301-622-3373

Dear DANIEL RIVERA:

On behalf of WTS International, Inc., I am pleased to extend a conditional offer of employment for the position of

Bartender at Epperson.

We would like you to start work on 6/14/2019. This is a(n) Part Time position. In this capacity you will be paid a rate as follows:

- USD $5.33 per Hour for Regular Rate
- USD $10.00 per Hour for Training/Meetings
- per for
- per for
- per for

For instructional positions, all service, class, or session rates include all time spent setting up for the service, class or session and after service, class or session clean up. The offer described above is contingent upon the results of your reference/background check/drug screen, if applicable.

A summary of your applicable benefits will be given to you with any required new hire paperwork. If you have any questions, please contact the Human Resources Department. The telephone number is 301-622-7800.

On or before your first day of work you will be required to complete all new hire paperwork. As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. If you have any questions about this documentation, please contact the Human Resources department.

Just as you retain the right to resign, without notice or cause, WTS International, Inc. has the same right with respect to termination. Your employment is for no definite term, regardless of any oral or written statement by any WTS International, Inc. officer or representative.

We look forward to hearing from you about this offer. Please indicate your acceptance of our offer by signing below and returning one copy and letter, with your original signature. This offer of employment will expire seven days from the date of this letter 6/10/2019.

We believe WTS International, Inc. is an outstanding organization and you will become a valuable, enthusiastic member of our team. Welcome to WTS international, Inc.

Sincerely,

Aaron Taylor, WTS International, Inc.


Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

        Daniel Rivera        6/11/2019 11:03 AM

Employee acknowledges and agrees that WTS International, Inc. (hereafter, "Company") is engaged in a highly competitive business and will be given access to Confidential Information, Trade Secrets, and specialized training and methods in the course of employment.  Employee further acknowledges that the protection and secrecy of Company's Confidential Information, Trade Secrets, and specialized training and methods constitutes legitimate business interests of the Company. Employee further acknowledges that, by virtue of the grant of this access and training, Employee's contemporaneous or subsequent engagement with any business that is competitive with the Company, or any circumvention of Company's services by Employee, will cause the Company great and irreparable harm. Employee further acknowledges that Employee enters into this non-competition provision with the intent to be legally bound by it.

In exchange for the offer of employment, access to Company's Confidential Information and Trade Secrets, and the provision of specialized training, Employee covenants and agrees that so long as Employee is employed by the Company and for a period of twelve (12) months thereafter, Employee will not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Client (defined as the entity that has engaged WTS to perform services at the location at which Employee has been hired (whether by WTS or Client), inclusive of any entity which may subsequently engage you for services at that same location);
- Client's Customers (defined as those individuals or entities with whom Employee was introduced to or otherwise had contact in the course of Employee's employment with Company); or
- Company's Locations (defined as any business, firm, corporation, organization, individual, or other entity which has formerly engaged Company to operate or manage a business which offers substantially similar services as those of Client).

In addition to the above, all full-time management positions shall not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Competitors (defined as any business, firm, corporation, organization, individual, or other entity which operates or manages a business which offers substantially similar services as those of Client or Company).

These restrictions shall apply to businesses or operations within a twenty-five mile radius from the location at which Employee is hired. Employee acknowledges that the restrictions imposed by this provision are fully understood and will not preclude Employee from becoming gainfully employed following a termination of Employee's employment with the Company. This non-competition provision shall be enforced to the fullest extent of the laws of the state in which the Employee is employed and shall be subject to the exclusive jurisdiction of the federal and state courts located in Montgomery County, Maryland.

Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

# wts INTERNATIONAL

3200 Tower Oaks Blvd. Suite 400 Rockville, MD 20852
(Phone) 301-622-7800 (Fax) 301-622-3373

Dear JASON RANDO:

On behalf of WTS International, Inc., I am pleased to extend a conditional offer of employment for the position of

Bar Back at Epperson.

We would like you to start work on 6/17/2019. This is a(n) Part Time position. In this capacity you will be paid a rate as follows:

- USD $10.00 per Hour for Regular Rate
- per  for
- per  for
- per  for
- per  for

For instructional positions, all service, class, or session rates include all time spent setting up for the service, class or session and after service, class or session clean up. The offer described above is contingent upon the results of your reference/background check/drug screen, if applicable.

A summary of your applicable benefits will be given to you with any required new hire paperwork. If you have any questions, please contact the Human Resources Department. The telephone number is 301-622-7800.

On or before your first day of work you will be required to complete all new hire paperwork. As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. If you have any questions about this documentation, please contact the Human Resources department.

Just as you retain the right to resign, without notice or cause, WTS International, Inc. has the same right with respect to termination. Your employment is for no definite term, regardless of any oral or written statement by any WTS International, Inc. officer or representative.

We look forward to hearing from you about this offer. Please indicate your acceptance of our offer by signing below and returning one copy and letter, with your original signature. This offer of employment will expire seven days from the date of this letter 6/11/2019.

We believe WTS International, Inc. is an outstanding organization and you will become a valuable, enthusiastic member of our team. Welcome to WTS international, Inc.

Sincerely,

Aaron Taylor, WTS International, Inc.


Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).

     Jason Rando             6/13/2019 11:37 AM

Employee acknowledges and agrees that WTS International, Inc. (hereafter, "Company") is engaged in a highly competitive business and will be given access to Confidential Information, Trade Secrets, and specialized training and methods in the course of employment.  Employee further acknowledges that the protection and secrecy of Company's Confidential Information, Trade Secrets, and specialized training and methods constitutes legitimate business interests of the Company. Employee further acknowledges that, by virtue of the grant of this access and training, Employee's contemporaneous or subsequent engagement with any business that is competitive with the Company, or any circumvention of Company's services by Employee, will cause the Company great and irreparable harm. Employee further acknowledges that Employee enters into this non-competition provision with the intent to be legally bound by it.

In exchange for the offer of employment, access to Company's Confidential Information and Trade Secrets, and the provision of specialized training, Employee covenants and agrees that so long as Employee is employed by the Company and for a period of twelve (12) months thereafter, Employee will not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Client (defined as the entity that has engaged WTS to perform services at the location at which Employee has been hired (whether by WTS or Client), inclusive of any entity which may subsequently engage you for services at that same location);
- Client's Customers (defined as those individuals or entities with whom Employee was introduced to or otherwise had contact in the course of Employee's employment with Company); or
- Company's Locations (defined as any business, firm, corporation, organization, individual, or other entity which has formerly engaged Company to operate or manage a business which offers substantially similar services as those of Client).

In addition to the above, all full-time management positions shall not, without the express written consent of the Company, offer or provide the same or substantially similar services as Employee performed for the Company, for or on behalf of:

- Company's Competitors (defined as any business, firm, corporation, organization, individual, or other entity which operates or manages a business which offers substantially similar services as those of Client or Company).

These restrictions shall apply to businesses or operations within a twenty-five mile radius from the location at which Employee is hired. Employee acknowledges that the restrictions imposed by this provision are fully understood and will not preclude Employee from becoming gainfully employed following a termination of Employee's employment with the Company. This non-competition provision shall be enforced to the fullest extent of the laws of the state in which the Employee is employed and shall be subject to the exclusive jurisdiction of the federal and state courts located in Montgomery County, Maryland.

Acknowledged and accepted:

Signature (By checking the box below you are applying your signature and you agree to this Applicant Statement).