IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUSTYN MATTSON, SETH
MUSSELMAN, JASON RANDO, and
DANIEL RIVERA,

       Plaintiffs,                      Case No. 8:20-cv-1245-T-36AEP

v.

WTS INTERNATIONAL, INC.,

       Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiffs' response (Doc. 10) to the Court's Order to Show Cause (Doc. 7). On June 18, 2020, the Court directed Plaintiffs to show cause why Plaintiffs' Complaint should not be dismissed for lack of jurisdiction. (Doc. 7). Specifically, the Court noted the allegations of the Complaint were vague as to the individual and aggregate amount of damages claimed and that the facts alleged in the Complaint were insufficient for the Court to determine that the jurisdictional threshold amount of $75,000 had been met. *Id.* at 3–4. The Court directed Plaintiffs to file a response to the Order and, as necessary, to file an amended complaint to cure any deficiencies in the jurisdictional allegations.

Plaintiffs acknowledge in their response that the Complaint was inartful, and yet they failed to file an amended complaint to cure the deficiencies. To support their jurisdictional allegations, the response cites to additional facts and statutory references, not included in the original

complaint. To the extent Plaintiffs want the Court to consider an amended complaint in conjunction with its consideration of the jurisdictional issue, it is hereby

**ORDERED** that Plaintiffs shall file their amended complaint **within 7 days from the date of this Order**. Defendant shall have 14 days to respond to the amended complaint.

**DONE** and **ORDERED** in Tampa, Florida on July 6, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any